UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROVENCE INVESTMENT INC., <br><br> Plaintiff, <br><br> -V- <br><br> MEWAH OIL SDN BHD a/k/a <br> MEWAH-OIL SDN BHD, <br><br> Defendant. | **CERTIFICATE OF MAILING** <br><br><br><br><br> 07 CV 6833 (PKC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**19th Day of September, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**30th Day of July, 2007**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**756 325 3655**

*J. Michael McMahon*
CLERK

Dated: New York, NY

GEORGE B FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J GUTOWSKI
MARK F MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR △
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F KARPOUSIS*△
MICHAEL E UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†△
JILL A TAFT
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

September 19, 2007

Our ref: 369-07/PJG/PLS

---

[DHL Shipment Airwaybill 7563253655 — form fields blank]

NYDOCS1-290543.1