| GEORGE B. FREEHILL<br>WILLIAM L. JUSKA, JR.<br>JAMES L. ROSS*<br>ERIC E. LENCK<br>JOHN J. WALSH*<br>PATRICK J. BONNER*<br>PETER J. GUTOWSKI<br>MARK F. MULLER<br>WAYNE D. MEEHAN*<br>DON P. MURNANE, JR.▵<br>THOMAS M. RUSSO<br>THOMAS M. CANEVARI†·<br>MICHAEL FERNANDEZ*<br>JOHN F. KARPOUSIS*▵<br>MICHAEL E. UNGER*†<br>WILLIAM J. PALLAS*<br>GINA M. VENEZIA*▵<br>LAWRENCE J. KAHN*<br>BARBARA G. CARNEVALE*<br>MANUEL A. MOLINA<br>JUSTIN T. NASTRO*<br>PAMELA L. SCHULTZ**<br>DANIEL J. FITZGERALD*†▵<br>JILL A. TAFT<br>MICHAEL C. ELLIOTT*<br><br>*ALSO ADMITTED IN NEW JERSEY<br>†ALSO ADMITTED IN CONNECTICUT<br>▵ALSO ADMITTED IN WASHINGTON, D.C.<br>*ALSO ADMITTED IN LOUISIANA | **LAW OFFICES OF**<br>**FREEHILL HOGAN & MAHAR LLP**<br>80 PINE STREET<br>NEW YORK, N.Y. 10005-1759<br>TELEPHONE (212) 425-1900<br>FACSIMILE (212) 425-1901<br>E-MAIL: reception@freehill.com<br>www.freehill.com | NEW JERSEY OFFICE<br>850 BERGEN AVENUE<br>JERSEY CITY, N.J. 07306<br>TELEPHONE: (973) 623-5514<br>FACSIMILE: (973) 623-3813<br><br>CONNECTICUT OFFICE<br>23 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820-4538<br>TELEPHONE: (203) 921-1913<br>FACSIMILE: (203) 358-8377 |
|---|---|---|

# MEMO ENDORSED

September 21, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

Our ref: 369-07/PJG/PLS

**BY HAND**
Honorable Judge P. K. Castel
Daniel Patrick Moynihan U. S. Courthouse
Suite 2260
500 Pearl Street
New York, New York 10007

RE:  Provence Investment Inc. v. Mewah Oil Sdn Bhd a/k/a
Mewah-Oil Sdn Bhd
07 CV 6833 (PKC)
------------------------------------------------



*[Handwritten memo endorsement:]* Conference adjourned from September 28 to November 30, 2007 at 9:45 am. SO ORDERED. /s/ P.K. Castel USDJ 9-24-07

Dear Judge Castel:

We represent plaintiff in the captioned matter and write to request an adjournment of the initial pre-trial conference set for September 28, 2007, at 11:30 A.M. This is our first request for such relief.

By way of background, plaintiff initiated this action as an ancillary matter to London arbitral proceedings, seeking security for its maritime claims in the London arbitration via an attachment against the defendant's property in this district pursuant to Rule B. Plaintiff was successful in restraining the full amount of the attachment on August 1. We immediately provided notice to the defendant of the restraint. Although we have not personally been contacted by the defendant, our client advised that there have been discussions between the parties and the defendant will apparently be in a position to discuss this matter in more detail at the end of the month. Accordingly, we are hopeful that discussions in the coming weeks will be worthwhile to both parties.

NYDOCS1/290722.1