USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

# MEMO ENDORSED

**LAW OFFICES OF**
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*٠
DANIEL J. FITZGERALD*†▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

*ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN CONNECTICUT
٠ALSO ADMITTED IN WASHINGTON, D.C.
†ALSO ADMITTED IN LOUISIANA

November 30, 2007

Our ref: 369-07/PJG/PLS

**VIA FAX NO: 212 805 7949**
Honorable Judge P. K. Castel
Daniel Patrick Moynihan U. S. Courthouse
Suite 2260
500 Pearl Street
New York, New York 10007

RE: Provence Investment Inc. v. Mewah Oil Sdn Bhd a/k/a
Mewah-Oil Sdn Bhd
07 CV 6833 (PKC)

*[Handwritten endorsement: "Conference scheduled for January 25, 2008 at 10:00 am. SO ORDERED. /s/ PKC USDJ 11-30-07"]*

Dear Judge Castel:

We write to provide an update on the status and to apologize to the Court for missing this morning's conference at 9:45 A.M. As I was unexpectedly out of the office yesterday and without my calendar, I overlooked that the conference was scheduled this morning.

This matter involves a maritime attachment in aid of London arbitration pursuant to Rule B. We have been successful in restraining the full amount of the attachment, and the Defendant has been given notice of the restraint. The parties have been discussing the matter overseas, and we understand it is likely that the parties will reach an agreement, thereby eliminating the need to continue with the action here. Accordingly, we suggest that the Court set a control date after the first of the year to provide an update on the matter. Alternatively, since the merits of the litigation will be decided elsewhere, and there will be no discovery here, we suggest that the case be placed on the Court's suspense docket until any party requests it be placed on the active docket.

NYDOCS1/294742.1

2

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

Pamela L. Schultz

PLS:lu

NYDOCS1/294742.1