# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*▲
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07305
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 356-8377

January 22, 2008

Our ref: 369-07/PJG/PLS

**VIA FAX NO: 212 805 7949**
Honorable Judge P. K. Castel
Daniel Patrick Moynihan U. S. Courthouse
Suite 2260
500 Pearl Street
New York, New York 10007

RE:   Provence Investment Inc. v. Mewah Oil Sdn Bhd a/k/a
      Mewah-Oil Sdn Bhd - 07 CV 6833 (PKC)

Dear Judge Castel:

We write to request an adjournment of the conference scheduled for January 25, 2008 at 10:00 am and to provide a status update on this matter, which involves a maritime attachment in aid of London arbitration pursuant to Rule B. We have been successful in restraining the full amount of the attachment, and the Defendant has been given notice of the restraint and served with the Summons and Complaint. The parties are negotiating through overseas counsel, and we understand that they are likely to reach an agreement resolving the matter within two to four weeks. Accordingly, we suggest that the Court set a control date for early March to provide another status report. If the matter is settled prior to that time, we will file for a dismissal of the action.

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

Pamela L. Schultz

*[Handwritten endorsement: Conference adjourned from Jan 25 to March 28, 2008 at 9:30 am. SO ORDERED. USDJ 1-22-08]*

NYDOCS1/297633.1