```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――x

Provence Investment Inc.,

        Plaintiff,              07 Civ. 6833 (PKC)

    -against-             ORDER OF DISMISSAL

Mewah Oil Sdn Bhd,

        Defendant.
―――――――――――――――――――x

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within ninety (90) days if the settlement is not consummated. Any pending motions are moot.

                                            P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
           March 26, 2008