369-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski
Pamela L. Schultz

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PROVENCE INVESTMENT INC.

                Plaintiff,                07 CV 6833 (PKC)

           -against-                **PROPOSED ORDER**

MEWAH OIL SDN SHB a/k/a MEWAH-OIL SDN BHD

                Defendant.
------------------------------------------------------------------x

      WHEREAS, the Plaintiff commenced this action with the filing of the Verified Complaint on July 30, 2007, seeking a Rule B attachment for security in aid of claims asserted in London arbitration; and

      WHEREAS, funds of the defendant Mewah Oil SDN SHB a/k/a Mewah-Oil SDN BHD have been restrained at BNP Paribas as security for the claims of the Plaintiff; and

      WHEREAS, the Court has been advised that seven of the nine claims asserted in London arbitration have been settled and the remaining two claims are expected to settle within the next ninety (90) days.

      IT IS HEREBY ORDERED that Order of Dismissal dated March 26, 2008 is modified as follows:

      IT IS HEREBY ORDERED that the action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within ninety (90) days if the settlement is not consummated; and

      IT IS FURTHER HEREBY ORDERED that the funds under attachment at BNP Paribas are to remain attached as if the action was not dismissed and shall remain under restraint pursuant to the writ of attachment served on BNP Paribas, notwithstanding this dismissal and BNP Paribas shall only release them pursuant to a further order of this

Court or upon written instructions from counsel for the Plaintiff, Freehill Hogan & Mahar LLP, which shall be provided immediately once settlement has been consummated.

IT IS FURTHER HEREBY ORDERED that counsel for the Plaintiff, Freehill Hogan & Mahar, LLP shall serve this Order on all garnishees served with the writ of attachment.

Sworn to before me
This      day of April, 2008.

_____
NOTARY PUBLIC

_____
Judge P. Kevin Castel
United States District Judge

4-8-08